# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| BRUCE ALLEN HUGHES, | : CRIMINAL ACTION NO.<br>: 2:08-CR-00019-RWS |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of three Reports and Recommendations [65, 66, and 67] of Magistrate Judge Susan S. Cole. After reviewing the Reports and Recommendations and the Objections [68 and 69] thereto, the Court receives the Reports and Recommendations with approval and adopts them as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Sever Counts [45] is **DENIED**, Defendant's Motion to Dismiss Count 9 [46] is **DENIED**, and Defendant's Motion to Suppress [42] is **DENIED, AS MOOT**.

**SO ORDERED** this ____4th____ day of August, 2009.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)